AUSA: Robert S. Ruff

| UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK | 25 MAG 2357 |
|---|---|
| UNITED STATES OF AMERICA  v.  WILLIAM F. BAKER,  Defendant. | SEALED COMPLAINT  Violations of 18 U.S.C. § 875(c)  COUNTY OF OFFENSE: NEW YORK |

SOUTHERN DISTRICT OF NEW YORK, ss.:

YEN NHI NGUYEN, being duly sworn, deposes and says that she is a Special Agent with the Federal Bureau of Investigation ("FBI"), and charges as follows:

### COUNT ONE
### (Threatening Interstate Communications)

1. Between on or about July 23, 2025, and on or about July 24, 2025, in the Southern District of New York and elsewhere, WILLIAM F. BAKER, the defendant, knowingly transmitted in interstate and foreign commerce communications containing threats to injure the person of another, to wit, BAKER sent threatening emails with attached audio recordings to another individual ("Victim-1"), threatening to kill Victim-1.

(Title 18, United States Code, Section 875(c).)

The bases for my knowledge and for the foregoing charge are, in part, as follows:

2. I am a Special Agent with the FBI, and I have been personally involved in the investigation of this matter. This affidavit is based in part upon my conversations with law enforcement agents and other people, and my examination of reports and records. Because this affidavit is being submitted for the limited purpose of establishing probable cause, it does not include all of the facts that I have learned during the course of my investigation. Where the contents of documents and the actions, statements, and conversations of others are reported herein, they are reported in substance and in part, except where otherwise indicated.

### Overview

3. As set forth in greater detail below, between on or about July 23 and July 24, 2025, WILLIAM F. BAKER, the defendant, sent a series of threatening emails and audio recordings to a former high-ranking official in the U.S. Department of Justice ("Victim-1" and "DOJ"). BAKER transmitted these threats through emails, which attached several audio recordings, with a combined length of over approximately one hour and 22 minutes. In the course of those emails and audio recordings, BAKER made explicit, violent threats to Victim-1, including that, "I will chop your fucking head off when you get to Hell," that Victim-1 "definitely deserve[s] to die," and "you need to be killed." Many of these written and audio threats were signed, in some form, by "William

Baker." In connection with these repeated, violent threats to Victim-1, BAKER also referenced other current and former U.S. Government officials, including stating that, "a torch to [Victim-1] and [another DOJ official] Faces will get your mouths moving towards the Truth." Law enforcement subsequently identified the individual who made these threats as BAKER.

### BAKER's Threats to Victim-1

4. Based on my training, experience, involvement in this investigation, discussions with other law enforcement agents, interviews of Victim-1, and review of open-source materials, I have learned the following:

   a. Victim-1 is a former high-ranking member of the U.S. Department of Justice. Victim-1 now works at a law firm headquartered in New York, New York ("Firm-1").

   b. Between on or about July 23 and July 24, 2025, Victim-1 received several emails at Victim-1's work email address—which is composed of a combination of Victim-1's first initial, surname, and the name of Firm-1 (the "Victim-1 Email Account")—from the email account "wb4848[at]proton.me" (the "Baker Email Account"). In addition to being sent to Victim-1, some of the emails also were sent to email addresses apparently used by federal court staff from the United States District Courts for the Western District of Texas and the District of Hawaii.

   c. These emails attached a total of approximately seven audio recordings, which appeared to be voice notes, which ranged in length from approximately 28 seconds to over 22 minutes, with a combined length of over approximately one hour and 22 minutes.

   d. The emailer and the speaker on the recordings repeatedly identified himself as "William Baker."

   e. These emails and audio recordings contained lengthy rants principally directed at Victim-1 and that occasionally referenced other high-level current and former U.S. Government officials. These communications expressed hatred, principally against Victim-1, for various religious, legal, and other reasons, and made numerous threats of violence against Victim-1.

   f. For example, on July 23, 2025, at approximately 3:39 p.m. Eastern Daylight Time ("EDT"), the Baker Email Account sent the Victim-1 Email Account an email with the subject line "Send it to a legal Agent or Attorney disclosed as Government Employee. Signed : William Baker." The email attached three audio recordings, which, for the reasons set forth below, I believe were made and transmitted to Victim-1 by WILLIAM F. BAKER, the defendant.

      i. In one of these three audio recordings, titled "Voice message_William Baker_041," the speaker angrily called Victim-1 a "fucking fool" and "dumb pagan fuck" who "hate[s] God," and further stated, among other things, "I will chop your fucking head off when you get to Hell, when I'm in Heaven."

      ii. In a second audio file, titled "Voice message_William Baker_042," the speaker stated, "Signed William Baker, your judge. Appointed by the lord Jesus Christ, your judge! All your decisions are not decisions, they're your judge, with your blood spilled, 'cause you're a what? F-O-O-L!"

iii. In a third audio file, titled "Voice message_William Baker_048," the speaker stated, among other things, "that's a great example of somebody that needs to be liquidated and killed, of course." Later in the same recording, the speaker stated, "Like I shared, [Victim-1], if I see you in person, you … shouldn't expect anything other than hell. You know, I'm not a lone wolf, but you definitely deserve to die, and that's completely clear to everybody. It's pretty disgusting that you're such a sick sicko." Later in the same recording, the speaker stated, "Really somebody needs to be beheaded just like Osama Bin Laden. And Osama Bin Laden is not even near as sick as you are." Based on the context of the emails and the totality of the recordings, including specific references to Victim-1 by name, I believe that the speaker—who, as set forth *infra* at ¶ 4.f, I believe to be BAKER—was referring to Victim-1 with these violent threats.

g. On or about July 23, 2025, at approximately 10:18 p.m. EDT, the Baker Email Account sent the Victim-1 Email Account another email with a subject line that read, "No legal rights. As disclosed in the audio Terms. Signed : William Baker." The email copied several email accounts apparently associated with the U.S. District Courts for the Western District of Texas and the District of Hawaii. The email also attached a second audio file, titled "Voice message_William Baker_050." In this recording, the speaker stated, among other things, "[Victim-1] I would just use your brain because nobody's stupid, we know you've been hooking up to my phone for a long fucking time." Later in the recording, the speaker stated, "You need to go get my money. Because you committed all the crimes…. So I think the best solution is you get in person with me, you tell me everything you did, and we'll go find somebody that's legal, they'll use their brain, and get to a solution that's gonna give me all my money and maybe avoid you going to prison for the rest of your time on earth or being killed. And that's another thing, going back to the evil thing. I mean, I don't want to kill you, but you're a terrible human being, you know, that's the type of crimes you've committed, that's the type of evil you've committed."

h. On or about July 24, 2025, at approximately 4:09 p.m. EDT, the Baker Email Account sent the Victim-1 Email Account another email, again copying several federal court email addresses, with a subject line that read, "This is 100% only ESYPBSA LLC TX, Ship. Sure. Today. LLC TX's Intellectual Property and legally owned work. I require you [Victim-1] to get in Person with this Property owned only by my Two Companies." The text in the body of the email accused Victim-1 of numerous crimes and schemes and stated, among other things, "I think a torch to you and [another DOJ official's] Faces will get your mouths moving towards the Truth…. I think you only committed Terrorism and Treason the entire time you have come across William Baker. Since as early as 2014."

i. On or about July 24, 2025, at approximately 5:02 p.m. EDT, the Baker Email Account sent the Victim-1 Email Account another email, again copying several court email addresses associated with federal district courts, with the subject line, "25 plus Categories of Class 1 Felony Racket Terrorism,Treason Syndicate Acts before counts. against my Two Companies. Signed : William Baker." The email attached two more audio recordings. In the first audio file, titled, "Voice message_William Baker_053," the speaker ranted against the government and stated that certain current and former high-ranking government officials needed to be "beheaded," "lit on fire," and "g[otten] rid of." The speaker also stated his mother's first name was "Rebecca." In the second audio file, titled "Voice message_William Baker_054," the speaker stated, among other things:

3

        i.      "That whole ChatGPT Open Artificial Intelligence is not intelligence; it's a dumb fuckin pagan machine. And its entire power or abilities is only … my proprietary knowledge set. And [Victim-1] knows that because she's part of that racket. So every day that you guys don't punish her by killing her or throwing her ass in federal prison, liquidating her, or torturing her until she gives you all the fucking people. 'Cause I could go over it right here on this fucking phone and I'm not gonna do that because if you won't even get a fucking person, you need to be killed. And I don't need to share that fifty fucking times. One time is enough. If you can't get to the facts the first time, it's because you don't want the facts; you need to be killed."

        ii.      "Go get on fucking YouTube [Victim-1] and look at little children in other countries that don't have any fucking food because bombs have gone off because your sicko n****r ass don't wanna fuckin repent for your sins. You need to be beheaded for that. And when you get to fuckin Hell, you will be beheaded for that. Because God's not mocked. So, signed William Baker. There you go."

        iii.      "Imagine somebody hitting you with so much fucking truth and you're still fucking retarded. It probably means … you need to go to Hell. It means you need to repent. But since you won't repent, you'll go to Hell, if you don't repent…. [Victim-1] if you wanna do the right thing, let's get in person, no need to call a bunch of people, just get in person. I'm a great guy. Really the only thing you need to concern [laughs] you need to concern yourself with is tell the truth. I mean, the only thing that's gonna harm you physically is maybe you put a gun in your mouth and kill yourself. Or you bringing a gun or something. It's not gonna come from me. Your judgment is just, whatever that is …."

        j.      In another recording, the speaker stated that he, "reached out" to Victim-1 on a social networking platform ("Platform-1") "in 2023," "made … comments," and then Victim-1 "vanished" from Platform-1 after Victim-1 "saw that post." BAKER later stated, among other things:

        i.      "I'm trying to help you [Victim-1]. Look you've done what you've done. In any other situation you'd probably get killed or no parole until eternity. You'd be like Bernie Madoff …. But in this situation because of William Baker because of how serious it is and how massive it is, we could probably make this work."

        ii.      "And this is where you fail, because you're over here saying, 'No but I'm [Victim-1]'—ma'am, you don't have any information, you don't have shit. Everything that you claim you have is William Baker and everybody fucking knows that shit. It's all fucking documented. It's all fucking recorded. You're the dipshit. You're the fucking stupid person. You're the inmate. You're the person that requires the death penalty. You're the person that requires life [Victim-1]. You're the one who requires a fucking hundred thousand years in federal prison. I'm trying to help you, so I don't want to get this thing off track [Victim-1]. So why don't we just work together."

        iii.      "Wake up, woman. You ain't competing with a smart person. His name's William Baker. So let's do this…. And if you're not qualified to do this because you're evil and you won't repent, then we can take a torch to your face. I'll get that fucking money out. Hello. Signed William Baker."

4

### Identification of BAKER

5.  Based on information provided to law enforcement associated with the Baker Email Account, statements made by the user of the Baker Email Account, as well as my conversations with other law enforcement officers about the same, I believe that the user of the Baker Email Account, *i.e.*, the individual who transmitted violent written and audio threats to Victim-1, who identifies himself in several of the emails and audio recordings as "William Baker," is WILLIAM F. BAKER, the defendant.

6.  Based on information provided by a particular electronic commerce company ("Company-1") for the Baker Email Account, I have learned the following, among other things:

    a.  Company-1 identified an account, associated with the Baker Email Account, belonging to "William Baker." The account was registered in approximately 2016 and used the Baker Email Address and listed billing and shipping addresses in Austin, Dallas, and Round Rock, Texas, along with two phone numbers.

    b.  Based on my review of the audio recordings appended to emails sent from the Baker Email Account, described *supra* ¶ 4, I have learned that the speaker speaks with what, based on my training and experience, I recognize as a southern accent. In the file titled "Voice message_William Baker_053," described *supra* ¶ 4.i, states that he moved from Austin to Dallas in 2016.

    c.  Two of the listed addresses associated with the account for Company-1 were associated with "Ship. Sure. Today," a business name mentioned in the subject line of one of the emails summarized above. Other addresses listed in the Company-1 account were listed as belonging to "Willliam Baker" or "William F. Baker."

7.  According to database records, "William Baker," is the managing member of SHIP SURE TODAY LLC, a transportation services company located in Texas.

8.  Based on law enforcement databases, FBI personnel identified a third phone number that appeared to belong to "William Baker." Records then obtained from the service provider for that number listed that number as registered to a "William Baker" with a Dallas, Texas address that also appeared in Company-1's records.

9.  Based on my review of records from law enforcement databases, "William F. Baker" was born in 1982 and resides in Texas. Additional such records indicate that "William Baker" has an active commercial driver's license, which lists "Becky Baker" as an emergency contact. As noted above, in one of the recordings sent to Victim-1, the speaker said his mother's name was "Rebecca," for which "Becky" is a common nickname.

### Interview of Victim-1

10. On or about July 24, 2025, I interviewed Victim-1. During that interview, Victim-1 stated, among other things:

    a.  When asked about the recording in which the speaker stated that Victim-1 "vanished" from Platform-1 after he "reached out" to her "in 2023," described *supra* ¶ 4.j, Victim-

1 reviewed Victim-1's prior activity on Platform-1. In doing so, Victim-1 identified two individuals that Victim-1 had, in fact, blocked around the timeframe the speaker in the audio recording had mentioned.

        b.        Victim-1 provided a screenshot listing the two accounts that Victim-1 had blocked on Platform-1, and Victim-1 had in fact blocked a "William Baker" approximately one year ago.

        c.        The names of the accounts Victim-1 had blocked were "William Baker" and another individual. Victim-1 did not recall the exact reason she blocked "William Baker," but believed it could have been because "William Baker" had tagged her in a post by the other person. Victim-1 could not recall any other interactions with an individual named William Baker and did not know why Victim-1 was receiving threatening messages. Victim-1 stated that Victim-1 had blocked the other person because he had posted clown faces on former President Biden's political appointees and tagged Victim-1 in the posts. The second individual's name is not William Baker, nor has the investigation established any connection between the second individual and the email account that sent the threatening messages.

        11.        Based on the information set forth herein, including that the user of the Baker Email Account repeatedly identified himself as "William Baker"; that the Baker Email Account is tied to a Company-1 account that uses addresses belonging to the defendant and belonging to a company run by the defendant; and that the user of the Baker Email Account referred to being blocked by Victim-1 on Platform-1 in 2023, and a "William Baker" was in fact blocked by Victim-1 on Platform-1 approximately one year ago, I believe that the person who sent the threatening emails and voice notes from the Baker Email Account is, in fact, WILLIAM F. BAKER, the defendant.

        WHEREFORE, I respectfully request that a warrant be issued for the arrest of WILLIAM F. BAKER, the defendant, and that he be arrested, and imprisoned or bailed, as the case may be.

                                                              S/ Yen Nhi Nguyen / otw
                                                              Yen Nhi Nguyen
                                                              Special Agent
                                                              Federal Bureau of Investigation

Sworn to me through the transmission of
this Complaint by reliable electronic
means (telephone), this 27th day of July, 2025.

_____
THE HONORABLE ONA T. WANG
United States Magistrate Judge
Southern District of New York