Duration: _____
Proceeding via: ☐ Video Conference ☐ AT&T ☑ In Person

DOCKET No. 25 Mag 2357                    DEFENDANT William Baker

AUSA Robert Ruff                          DEF.'S COUNSEL Kristoff Williams
                                          ☐ RETAINED ☑ FEDERAL DEFENDERS ☐ CJA ☐ PRESENTMENT ONLY
☐ _____ INTERPRETER NEEDED
                                          ☐ DEFENDANT WAIVES PRETRIAL REPORT

☑ Rule 5  ☐ Rule 9  ☐ Rule 5(c)(3)  ☐ Detention Hrg.    DATE OF ARREST July 29, 2025       ☐ VOL. SURR.
                                                         TIME OF ARREST 12am CDT           ☑ ON WRIT
☐ Other: _____                          TIME OF PRESENTMENT 5:30pm

---

## BAIL DISPOSITION

☑ DETENTION ON CONSENT W/O PREJUDICE        ☐ DETENTION: RISK OF FLIGHT/DANGER    ☐ SEE SEP. ORDER
                                                                                  ☐ SEE TRANSCRIPT
☐ DETENTION HEARING SCHEDULED FOR: _____
☐ AGREED CONDITIONS OF RELEASE
☐ DEF. RELEASED ON OWN RECOGNIZANCE
☐ $_____ PRB  ☐ _____ FRP
☐ SECURED BY $_____ CASH/PROPERTY: _____
☐ TRAVEL RESTRICTED TO SDNY/EDNY/_____
☐ TEMPORARY ADDITIONAL TRAVEL UPON CONSENT OF AUSA & APPROVAL OF PRETRIAL SERVICES
☐ SURRENDER TRAVEL DOCUMENTS (& NO NEW APPLICATIONS)

☐ PRETRIAL SUPERVISION:  ☐ REGULAR  ☐ STRICT  ☐ AS DIRECTED BY PRETRIAL SERVICES
☐ DRUG TESTING/TREATMT AS DIRECTED BY PTS   ☐ MENTAL HEALTH EVAL/TREATMT AS DIRECTED BY PTS
☐ DEF. TO SUBMIT TO URINALYSIS; IF POSITIVE, ADD CONDITION OF DRUG TESTING/TREATMENT
☐ HOME INCARCERATION  ☐ HOME DETENTION  ☐ CURFEW  ☐ STAND ALONE MONITORING
☐ LOCATION MONITORING TECHNOLOGY AS DIRECTED BY PTS   ☐ GPS
☐ DEF. TO PAY ALL OF PART OF COST OF LOCATION MONITORING, AS DETERMINED BY PRETRIAL SERVICES

☐ DEF. TO CONTINUE OR SEEK EMPLOYMENT [OR] ☐ DEF. TO CONTINUE OR START EDUCATION PROGRAM
☐ DEF. NOT TO POSSESS FIREARM/DESTRUCTIVE DEVICE/OTHER WEAPON

☐ DEF. TO BE DETAINED UNTIL ALL CONDITIONS ARE MET
☐ DEF. TO BE RELEASED ON OWN SIGNATURE, PLUS THE FOLLOWING CONDITIONS: _____
_____; REMAINING CONDITIONS TO BE MET BY: _____

**ADDITIONAL CONDITIONS/ADDITIONAL PROCEEDINGS/COMMENTS:**

---

☐ DEF. ARRAIGNED; PLEADS NOT GUILTY              ☐ CONFERENCE BEFORE D.J. ON _____
☐ DEF. WAIVES INDICTMENT
☐ SPEEDY TRIAL TIME EXCLUDED UNDER 18 U.S.C. § 3161(h)(7) UNTIL _____

For Rule 5(c)(3) Cases:
☐ IDENTITY HEARING WAIVED                        ☐ DEFENDANT TO BE REMOVED
☐ PRELIMINARY HEARING IN SDNY WAIVED             ☐ CONTROL DATE FOR REMOVAL: _____

---

PRELIMINARY HEARING DATE: 8/27/25        ☐ ON DEFENDANT'S CONSENT

DATE: 8/13/25
                                         UNITED STATES MAGISTRATE JUDGE, S.D.N.Y.

WHITE (original) – COURT FILE   PINK – U.S. ATTORNEY'S OFFICE   YELLOW – U.S. MARSHAL   GREEN – PRETRIAL SERVICES AGENCY
Rev'd 2016